FILED IN CHAMBERS
U.S.D.C. - Atlanta

APR 1 2 2018

Jam~ ~ ~~~, Clerk
By:  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TARUS YOUNG,              :
                          :
        Plaintiff         :
                          :     CIVIL ACTION FILE NO.
v.                        :     1:17-CV-2804-ODE-JSA
                          :
GENERAL MOTORS,           :
                          :
        Defendant         :

ORDER

This civil case is before the Court on the Non-Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed December 11, 2017 ("R&R") [Doc. 12]. No objections have been filed.

In the R&R, Judge Anand recommends that Defendant's Motion to Dismiss for Want of Prosecution be denied.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Defendant's Motion to Dismiss for Want of Prosecution [Doc. 11] is DENIED.

SO ORDERED, this __ll__ day of April, 2018.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE